934 A.2d 689

**Devin ALEXANDER, Petitioner**

v.

**Thomas CORBETT, Attorney General for the Commonwealth of Penna., James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road Dallas, PA 18612, Respondents.**

**No. 129 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus is denied.